

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 7, 2021

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/21
```

**By ECF**
Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Rodriguez v. United States et al.,* No. 20 Civ. 10619 (LTS) (BCM)

Dear Judge Moses:

    This Office represents the United States of America, the United States Postal Service, and Carlos Cortez Lamar (collectively, "the Government"), the defendants in this car accident case brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. With Plaintiff Sean Rodriguez's consent, we write respectfully to request that the initial conference currently scheduled for May 18, 2021, be adjourned, because counsel for the Government will be unavailable that day due to a religious holiday. The parties have conferred and are available for a rescheduled conference on May 21 or 24, 2021. This is the Government's first request to adjourn the initial conference.

    We thank the Court for its consideration of this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ *Talia Kraemer*
TALIA KRAEMER
Assistant United States Attorney
Telephone: (212) 637-2822
Fax.: (212) 637-2702
Email: talia.kraemer@usdoj.gov

---

Application GRANTED. The May 18 initial conference is adjourned to **June 1, 2021 at 11:00 a.m.** SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
May 14, 2021