UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RODRIGUEZ, | |
| Plaintiff, | 20-CV-10619 (LTS) (BCM) |
| -against- | 21-CV-01166 (LTS) (BCM) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |
| TREVOR GAYLE, et al., | |
| Plaintiffs, | |
| -against- | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |



**BARBARA MOSES, United States Magistrate Judge.**

In light of the recent consolidation of the above-titled cases, the August 16, 2021 conference in *Rodriguez*, 20-CV-10619, is ADJOURNED *sine die*. The Court will schedule a joint status conference once all defendants have answered.

Dated: New York, New York
July 29, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**