# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq. ○△
Beth Kirschner, Esq. ○
Stacey Haskel, Esq. *
Maya Kogan, Esq. ◊*
Romina Tominovic, Esq.
Jacob S. Traub, Esq. ○△∞ ^◊*•▫

Jason Lesnevec, Esq. ○△∞^*
Ryan Sharp, Esq. ○△≈
Ryan Charder, Esq. ○△
Jazmine Kendrick, Esq. ○
Panagiotis D. Christakis, Esq. ○△*
Joseph Rozovsky, Esq. ○



**Also Admitted in**
○ E.D.N.Y.
△ S.D.N.Y.
∞ W.D.N.Y.
^ N.D.N.Y.
◊ NJ Federal Court
* Also admitted in New Jersey
• Second Circuit Court of Appeals
▫ Third Circuit Court of Appeals
‡ Supreme Court of the United States
≈ E.D.M.I
Δ Also admitted in Connecticut
∂ Also admitted in California
† Also admitted in Washington D.C.

**Of Counsel**
Darren T. Moore, Esq. ○△
David Carr, Esq. △
Deborah Eddy, Esq. Δ*∂†
Jessica Massimi, Esq. ○△∞^
Charles Feinstein, Esq. ○△∞^

February 23, 2022

**VIA PACER**
Magistrate Judge Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22

*Re: Rodriguez v. USA*
1:20-cv-10619

Your Honor:

This office represents the Plaintiff in the above-referenced matter. The undersigned writes to respectfully request a conference with Your Honor in order to discuss preclusion of Defendant's employee: Carols Lamar Cortez. Mr. Cortez was the driver of the United States owned postal service truck that struck Mr. Rodriguez's vehicle, causing his injuries.

The undersigned and defense counsel for the United States have engaged in frequent discussions over the last few weeks regarding Mr. Cortez's deposition. Defense counsel made the undersigned aware that she cannot reach Mr. Cortez, nor can his employer, the United States Postal Service. Mr. Cortez is technically still employed by the government defendant; however, the Government does not know the whereabouts of their witness driver. The parties agreed to a February 25, 2022 date to depose Mr. Cortez; however, defense counsel informed the undersigned that it is not expected that Mr. Cortez would show. Defense counsel requested that the undersigned subpoena Mr. Cortez for his February 25, 2022 deposition. The undersigned sent a process server with a subpoena to Mr. Cortez's last known address; however, the process server was informed that Mr. Cortez no longer resides there. See attached **Exhibit A**.

Because Mr. Cortez cannot be located, and Plaintiff is prevented from deposing Mr. Cortez during Your Honor's discovery schedule, it is respectfully requested that Mr. Cortez be precluded from offering testimony during the trial of this case. The undersigned requests that the Court conference this matter on a date after Mr. Cortez's scheduled February 25, 2022 deposition date.

The undersigned thanks the Court for its attention to and consideration of this matter.

**ALL CORRESPONDENCE TO NEW YORK OFFICE: New York Office**: 32 Old Slip, 8th Floor, New York, NY 10005 ▫ **New Jersey Office**: 88 Pompton Avenue, Verona, NJ 07044 - **Main Telephone**: (212) 962-1020 ▫ **Toll Free**: (877) 675-4529 ▫ **Fax**: 212-962-3078 ▫ www.msllegal.com



**LAW OFFICE OF MICHAEL S. LAMONSOFF, PLLC**
Financial Square at 32 Old Slip, New York, NY 10005
msllegal.com

                Respectfully submitted,
                /s/
                Jason Lesnevec
                The Law Offices of Michael S. Lamonsoff, PLLC
                Attorneys for Plaintiff Sean Rodriguez
                32 Old Slip, 8th Floor
                New York, NY 10005

CC:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 341-3711
Email: tara.schwartz@usdoj.gov

> Application GRANTED to the extent that the Court will hold a teleconference on **March 7, 2022 at 11 a.m.** At that time parties should dial (888) 557-8511 and enter the access code: 7746387. Defendant's opposition letter is due no later than **February 28, 2022** with plaintiff's optional reply due no later than **March 2, 2022**. See Moses Ind. R. Prac. § 2(e).
>
> *[signature: Barbara Moses]*
>
> Barbara Moses
> United States Magistrate Judge
> February 25, 2022